**Order entered February 4, 2022**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00042-CV

### BLUE WINDOW CAPITAL, LLC, ET AL., Appellants

### V.

### CITY OF DALLAS, Appellee

### On Appeal from the 14th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-18-12986

## ORDER

The reporter's record in this accelerated appeal is past due. The docketing statement filed in this Court by appellant's counsel shows that appellants requested the reporter's record on December 28, 2021 and have made payment arrangements for the record. By post-card notice dated January 14, 2022, we directed Diane Robert, Official Court Reporter for the 14th Judicial District Court, to file the record within ten days. To date, the reporter has not complied or otherwise communicated with the Court. Accordingly, we **ORDER** Ms. Robert to file the

reporter's record on or before **FEBRUARY 14, 2022**.  We caution Ms. Robert that failure to comply may result in the Court taking any action available to it to ensure the reporter's record is filed including that she not sit as a reporter until it is filed.

We **DIRECT** the Clerk of this Court to send a copy of this order to Ms. Robert and all parties.

/s/　ROBERT D. BURNS, III
CHIEF JUSTICE